AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MICHELLE LUGONES, TRICIA RIZZI, MARCUS SIEZING, and CLAUDIA VASALLO, individually, and on behalf of a proposed class,<br><br>*Plaintiff(s)*<br><br>v.<br><br>PETE AND GERRY'S ORGANICS, LLC and NELLIE'S FREE RANGE EGGS,<br><br>*Defendant(s)* | Civil Action No. 19-cv-2097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pete and Gerry's Organics, LLC
Nellie's Free Range Eggs
140 Buffum Road
Monroe, NH 03771

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeanne M. Christensen
Wigdor LLP
85 Fifth Avenue, Fifth Floor
New York, New York 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/07/2 19

/s/ D. Howie
*Signature of Clerk or Deputy Clerk*