# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

April 23, 2020

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

   Re: Lugones, et al. v. Pete and Gerry's Organics, LLC, Case No. 19-cv-2097(KPF)

Dear Judge Failla:

We represent Plaintiffs in the above-referenced matter and write jointly with Defendants to notify the Court that the parties have reached a settlement in principle, and respectfully request that all pending deadlines in this case be adjourned *sine die*. The parties are in the process of finalizing the terms of a settlement agreement. The parties expect to file a stipulation of dismissal on or before the next sixty days.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

*Jeanne Christensen*

Jeanne M. Christensen

cc: All Counsel of Record (*via* ECF)