UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

MICHELLE LUGONES, MARCUS SIEZING, CLAUDIA VASSALLO and TRICIA RIZZI Plaintiffs, on behalf of themselves and as proposed class representatives of a Class of similarly situated individuals, and

ANNE FLOURNOY,
Plaintiff and member of the putative Class,

v.

PETE AND GERRY'S ORGANICS, LLC

Defendant.

------------------------------------------------------------ X

Civil Action No.: 19-cv-02097

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action be dismissed in its entirety with prejudice and without costs to any party as against the other.

Dated:   New York, New York
         May 27, 2020

**WIGDOR LLP**

By:   /s/ Jeanne M. Christensen
      Jeanne M. Christensen

85 Fifth Avenue
New York, New York 10003
Telephone: (212) 257-6800
jchristensen@wigdorlaw.com

*Counsel for Plaintiffs*

**PRETI FLAHERTY BELIVEAU & PACHIOS LLP**

By:   /s/ Nathan R. Fennessy
      Nathan R. Fennessy

P.O. Box 1318
Concord, NH 03302
Telephone: (603) 410-1500
nfennessy@preti.com

*Counsel for Defendants*

SO ORDERED:   _____
              THE HON. KATHERINE POLK FAILLA