UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MICHELLE LUGONES, MARCUS SIEZING,
CLAUDIA VASSALLO and TRICIA RIZZI
Plaintiffs, on behalf of themselves and as
proposed class representatives of a Class of
similarly situated individuals, and

ANNE FLOURNOY,
Plaintiff and member of the putative Class,

v.

PETE AND GERRY'S ORGANICS, LLC

                                            Defendant.
------------------------------------------------------------ X

Civil Action No.: 19-cv-02097

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action be dismissed in its entirety with prejudice and without costs to any party as against the other.

Dated:      New York, New York
              May 27, 2020

| **WIGDOR LLP** | **PRETI FLAHERTY BELIVEAU & PACHIOS LLP** |
|---|---|
| By: /s/ Jeanne M. Christensen<br>Jeanne M. Christensen | By: /s/ Nathan R. Fennessy<br>Nathan R. Fennessy |
| 85 Fifth Avenue<br>New York, New York 10003<br>Telephone: (212) 257-6800<br>jchristensen@wigdorlaw.com | P.O. Box 1318<br>Concord, NH 03302<br>Telephone: (603) 410-1500<br>nfennessy@preti.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

SO ORDERED: _____
                          THE HON. KATHERINE POLK FAILLA

Dated:  May 28, 2020
          New York, New York